USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA

-against-

ELVIN LUGO-CALES,

Defendant.

---------------------------------------------------------------- X

25-CR-660 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties appear for an initial hearing on **Tuesday, August 11, 2026, at 3:00 P.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: August 10, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**