USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA :

-against- : 25-CR-660 (VEC)

ELVIN LUGO-CALES, : SCHEDULING ORDER

Defendant. :

---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties appear for a status conference on **Wednesday, September 30, 2026, at 10:30 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: August 11, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**