USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

ELVIN LUGO-CALES,

Defendant.

------------------------------------------------------------------X

25-CR-660 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 1, 2026, Defendant consented to proceed before a magistrate judge on his violation of supervised release allocation, *see* Dkt. 9, and entered a plea of guilty to two specifications of his supervised release conditions, *see* Dkt. 8;

WHEREAS the Undersigned has reviewed a transcript of Defendant's allocution and accepts Defendant's plea;

IT IS HEREBY ORDERED that the parties appear for sentencing on **Wednesday, September 30, 2026, at 10:30 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007. The parties' sentencing submissions are due not later than **Wednesday, September 16, 2026**.

**SO ORDERED.**

**Date: September 3, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**